No. 7277.

**7277**

GREATER NEW ORLEANS HOMESTEAD ASS'N

COURT OF APPEAL

VS

JAMES P. HOFFMAN.

PARISH OF ORLEANS.

73

# O P I N I O N.

St. Paul, Judge.

This is a contest over a fund in the hands of the sheriff, being the balance of the proceeds of certain real estate sold to satisfy a vendors lien. One party claims under a mortgage, prior in time: the other, under a builder's lien later in date but superior in rank if recorded in time.

The work involved less than $500 and was done under a verbal agreement. A price of $385, for part of the work, had at one time been fixed, but nothing was then done. Some months later the work first contemplated together with considerable other work, was done under an agreement that the price would be reasonable and would not exceed, approximately $450.

When the work was finished $432 was asked and consented to, and $85 was paid on account. A lien for the balance was recorded within seven days after the work had been opmpleted. This was in time. Brashear vs Cooperage Co, 50 An. 587: Allen Wadley Co vs Huddleston, 123 La. 585.

Judgment affirmed.